FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 13, 2026

SEAN F. McAVOY, CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| VALERIE W., | No. 2:26-cv-00115-RHW |
| Plaintiff, | **ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND CLOSING FILE** |
| vs. | |
| FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | **ECF Nos. 7, 12** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 12, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g). Attorney Chad Hatfield represents Plaintiff. Attorneys Shata Stucky and David Burdett represent Defendant.

After consideration, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulated Motion for Remand, **ECF No. 12**, is **GRANTED**.

2. The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

ORDER - 1

The parties have stipulated to the following instructions. On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to:

- Reevaluate the medical evidence;

- Reevaluate Plaintiff's maximum residual functional capacity;

- Offer Plaintiff the opportunity for a new hearing;

- Take further action needed to complete the administrative record; and

- Issue a new decision.

*See* ECF No. 12 at 1-2.

3.   Judgment shall be entered for **PLAINTIFF**.

4.   Plaintiff's Opening Brief, **ECF No. 7**, is **STRICKEN AS MOOT**.

5.   Upon proper presentation, the Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment in favor of Plaintiff**, forward copies to counsel, and **CLOSE THE FILE**.

DATED August 13, 2026.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

ORDER - 2