AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Aug 13, 2026

SEAN F. McAVOY, CLERK

VALERIE W.                                    )
*Plaintiff*                                   )
v.                                            )     Civil Action No.  2:26-cv-00115-RHW
                                              )
                                              )
FRANK BISIGNANO,                              )
COMMISSIONER OF SOCIAL SECURITY
*Defendant*

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The parties' Stipulated Motion for Remand, ECF No. 12, is GRANTED. This case is REVERSED and REMANDED to
the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment in favor of Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge     ROBERT H. WHALEY _____

Date:  8/13/2026 _____         *CLERK OF COURT*

s/Sean F. McAvoy _____
*Signature of Clerk*